UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TENAFLY ERUV ASSOCIATION, INC., CHAIM BOOK, YOSIFA BOOK, STEFANIE DARDIK GOTLIEB, and STEPHEN BRENNER,<br><br>                                         Plaintiffs,<br><br>          - against -<br><br>THE BOROUGH OF TENAFLY, ANN MOSCOVITZ, individually and in her official capacity as Mayor of the Borough of Tenafly, CHARLES LIPSON, MARTHA B. KERGE, RICHARD WILSON, ARTHUR PECK, JOHN T. SULLIVAN, each individually and in their official capacities as Council Members of the Borough of Tenafly,<br><br>                                         Defendants. | Case No. 00-6051 (WGB) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT AND A PERMANENT INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment and a Permanent Injunction, the accompanying 56.1 Statement of Undisputed Facts, the exhibits referenced therein, and all other prior proceedings before this Court, Plaintiffs, by and through the undersigned counsel of record, will move this Court before the Honorable William G. Bassler, United States District Judge, at the Martin Luther King Courthouse, 50 Walnut Street, Room 5060 Newark, NJ 07101, on March 26, 2004, for the following relief:

1.  Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, an order for Summary Judgment based on defendants' violations of 42 U.S.C. § 1983 as a

2

result of defendants' violations of plaintiffs' constitutional rights under the Free Exercise Clause of the First Amendment of the Constitution of the United States; and

2. Pursuant to Federal Rule of Civil Procedure 65, a permanent injunction barring defendants from removing, or effectuating the removal of, or causing a third party to remove or effectuate the removal of, the eruv from Tenafly.

Dated: March 26, 2004                                  Respectfully submitted,

By: s/ ROBERT G. SUGARMAN
    Robert G. Sugarman
    Harris J. Yale
    Craig L. Lowenthal
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY  10153-0119
    Telephone: (212) 310-8000

                AND

    Richard D. Shapiro
    HELLRING LINDEMAN
    GOLDSTEIN & SIEGAL LLP
    One Gateway Center
    Newark, New Jersey
    Telephone: (973) 621-9020

    *Attorneys for Plaintiffs*