UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TENAFLY ERUV ASSOCIATION, INC., CHAIM BOOK, YOSIFA BOOK, STEFANIE DARDIK GOTLIEB, and STEPHEN BRENNER,<br><br>Plaintiffs,<br><br>- against -<br><br>THE BOROUGH OF TENAFLY, ANN MOSCOVITZ, individually and in her official capacity as Mayor of the Borough of Tenafly, CHARLES LIPSON, MARTHA B. KERGE, RICHARD WILSON, ARTHUR PECK, JOHN T. SULLIVAN, each individually and in their official capacities as Council Members of the Borough of Tenafly,<br><br>Defendants. | Case No. 00-6051 (WGB) |

## APPENDIX FOR PLAINTIFFS TENAFLY ERUV ASSOCIATION, INC., CHAIM BOOK, YOSIFA BOOK, STEFANIE DARDIK GOTLIEB AND STEPHEN BRENNER'S MOTION FOR SUMMARY JUDGMENT AND A PERMANENT INJUNCTION

WEIL GOTSHAL & MANGES LLP
Robert G. Sugarman
Harris J. Yale
Craig L. Lowenthal
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Richard D. Shapiro
One Gateway Center
Newark, New Jersey
(973) 621-9020

Attorneys for Plaintiffs

## TABLE OF CONTENTS

1. Complaint dated December 15, 2000
    Exhibit A to Complaint – Letter from Chaim Book to Mayor Ann Moscovitz dated November 7, 2000

2. Certification of Chaim Book, dated December 14, 2000
    Exhibit A to Chaim Book Certification – Washington D.C. Proclamation
    Exhibit B to Chaim Book Certification – Various Cities Proclamations
    Exhibit C to Chaim Book Certification – Letter from Cablevision to Chaim Book dated October 23, 2000
    Exhibit D to Chaim Book Certification – Letter from Mrs. Bernard Golden to Mayor Ann Moscovitz, dated November 30, 2000
    Exhibit E to Chaim Book Certification – Letter from Anti-Defamation League to Mayor Ann Moscovitz and Council members dated December 6, 2000

3. Certification of Yosifa Book, dated December 14, 2000

4. Certification of Stefanie Dardik Gotlieb, dated December 14, 2000

5. Certification of Stephen Brenner, dated December 14, 2000

6. Affirmation of Rabbi Hershel Schachter, dated April 4, 2001

7. Affidavit of Jay Nelkin, dated April 30, 2001
    Exhibit A to Nelkin Affidavit – Photographs of Directional Signs to Churches
    Exhibit B to Nelkin Affidavit – Photographs of Christmas Decorations
    Exhibit C to Nelkin Affidavit – Photographs of Garage Sale Sign and Address Numbers
    Exhibit D to Nelkin Affidavit – Photographs of Excess Telephone Cable Wire

8. Supplemental Affirmation of Jay Nelkin, dated July 18, 2001
    Exhibit A To Supplement Nelkin Affirmation – Photograph of Greek Orthodox Church Directional Sign
    Exhibit B to Supplemental Affirmation of Jay Nelkin – Photograph of Presbyterian Church Directional Sign
    Exhibit C to Supplemental Nelkin Affirmation – Photograph of Catholic Church and Greek Orthodox Church Directional Signs

9. Answer, dated March 2, 2001

10. Affidavit of Mayor Ann Moscovitz, dated March 5, 2001

11. Affidavit of Charles Lipson, dated March 5, 2001

12. Affidavit of Martha Kerge, dated March 5, 2001

13. Affidavit of Richard D. Wilson, dated March 3, 2001

14. Affidavit of Arthur Peck, dated March 5, 2001

15. Affidavit of John Sullivan, dated March 6, 2001

16. Affidavit of Borough Administrator Joseph DiGiacomo, dated March 5, 2001

17. Affidavit of Borough Administrator Joseph DiGiacomo, dated April 23, 2001
    Exhibit A to DiGiacomo 4/23/01 Affidavit – Tenafly Ordinance 99-24

18. Affidavit of Borough Administrator Joseph DiGiacomo, dated May 3, 2001
    Exhibit A to DiGiacomo 5/3/01 Affidavit – Photographs of Directional and Church Signs
    Exhibit B to DiGiacomo 5/3/01 Affidavit – Photograph of Traffic Sign
    Exhibit C to DiGiacomo 5/3/01 Affidavit – Photograph of Church Sign
    Exhibit D to DiGiacomo 5/3/01 Affidavit – Photograph of Church Signs

19. Tenafly Ordinance 691

20. Tenafly Ordinance 1127

21. June 8, 1999, Borough Council Meeting Transcript

22. November 21, 2000, Borough of Tenafly Work Session Transcript

23. November 28, 2000 Borough of Tenafly Public Hearing re: In the Matter of the Application of the Tenafly Eruv Association for An Eruv Transcript

24. December 12, 2000 Borough of Tenafly Public Hearing re: In the Matter of the Application of the Tenafly Eruv Association for An Eruv Transcript

25. Transcript of Evidentiary Hearing, dated April 30, 2001

26. Transcript of Evidentiary Hearing, dated May 1, 2001

27. Transcript of Evidentiary Hearing, dated May 8, 2001

28. Transcript of Evidentiary Hearing, dated May 14, 2001

29. Joint Exhibit 2 – List of Poles To Which Lechis Are Attached

30. Plaintiffs' Exhibit 3 – 1197 Agreement Between Borough of Tenafly and Jonathan and Judith Furer

31. Plaintiffs' Exhibit 4 – Borough of Tenafly Resolution

32. Plaintiffs' Exhibit 5 – 1991 Agreement Between Borough of Tenafly and Donald and Sandra Wein

33. Plaintiffs' Exhibit 6 – Borough of Tenafly Resolution, dated April 24, 1990

34. Plaintiffs' Exhibit 7 – 1995 Agreement Between Borough of Tenafly and Villa Cortina

35. Plaintiffs' Exhibit 8 – Letter from Robert and Janet Rancan to Mayor and Council, dated July 18, 1996

36. Plaintiffs' Exhibit 9 - Letter from Borough of Tenafly to Robert Rancan, dated August 16, 1996

37. Plaintiffs' Exhibit 10 – Letter from Borough of Tenafly to George Katsiaunis, dated August 13, 1997

38. Plaintiffs' Exhibit 11 – 1990 Agreement Between Borough of Tenafly and Arnold and Myra Gans

39. Plaintiffs' Exhibit 12 – 1994 Agreement Between Borough of Tenafly and Gerhard Van Biema

40. Plaintiffs' Exhibit 13 – Letter from Walter Lesnevich to Jim Gaffney, dated December 12, 2000

41. Plaintiffs' Exhibit 14 – Letter from Richard Shapiro to Walter Lesnevich, dated November 2, 2000 with Fax Cover Sheet

42. Plaintiffs" Exhibit 19 – 1997 Agreement Between Borough of Tenafly and Jeff and Judy Fagan

43. Plaintiffs' Exhibit 20 – Letter from Borough of Tenafly to Simon Cheah, dated November 14, 1997 with Attachments

44. Plaintiffs' Exhibit 21 – Photograph of Found Bird Sign on Utility Pole, taken on April 30, 2001

45. Plaintiffs' Exhibit 22 – Photograph of Number 12 on Utility Pole, taken on April 30, 2001

46. Plaintiffs' Exhibit 23 – Photograph of Lost Dog Sign on Utility Pole, taken on April 30, 2001

47. Plaintiffs' Exhibit 24 – Photograph of Offices For Rent Sign on Utility Pole, taken on April 30, 2001

48. Plaintiffs' Exhibit 25 – Photograph of Offices For Rent Sign on Utility Pole, taken on April 30, 2001

49. Plaintiffs' Exhibit 26 – Photograph of House Number 200 on Utility Pole, taken on April 30, 2001

50. Plaintiffs' Exhibit 27 – Photograph of Found Bird Sign on Utility Pole, taken on May 13, 2001

51. Plaintiffs' Exhibit 28 – Photograph of House Number 13 on Utility Pole, taken on May 13, 2001

52. Plaintiffs' Exhibit 29 – Photograph of Lost Dog Sign on Utility Pole, taken on May 13, 2001

53. Plaintiffs' Exhibit 30 – Photograph of House Number 200 on Utility Pole, taken on May 13, 2001

54. Plaintiffs' Exhibit 31 – Photograph of Trinity Lutheran Church Sign, taken on May 13, 2001

55. Plaintiffs Exhibit 35(a) – Photograph of Lechi on Utility Pole, taken on July 18, 2001

56. Plaintiffs Exhibit 35(b) – Photograph of Lechi on Utility Pole, taken on July 18, 2001

57. Plaintiffs Exhibit 36(a) – Photograph of Verizon Cable on Utility Pole, taken on July 18, 2001

58. Letter dated March 14, 1996 from Robert P. Miller to Mr. Michael Parlamis

59. Right of Way Use Agreement between the Borough of Tenafly and Metricom, Inc., dated January 31, 2001

## TABLE OF CONTENTS

1. Complaint dated December 15, 2000
   Exhibit A to Complaint – Letter from Chaim Book to Mayor Ann Moscovitz dated November 7, 2000

2. Certification of Chaim Book, dated December 14, 2000
   Exhibit A to Chaim Book Certification – Washington D.C. Proclamation
   Exhibit B to Chaim Book Certification – Various Cities Proclamations
   Exhibit C to Chaim Book Certification – Letter from Cablevision to Chaim Book dated October 23, 2000
   Exhibit D to Chaim Book Certification – Letter from Mrs. Bernard Golden to Mayor Ann Moscovitz, dated November 30, 2000
   Exhibit E to Chaim Book Certification – Letter from Anti-Defamation League to Mayor Ann Moscovitz and Council members dated December 6, 2000

3. Certification of Yosifa Book, dated December 14, 2000

4. Certification of Stefanie Dardik Gotlieb, dated December 14, 2000

5. Certification of Stephen Brenner, dated December 14, 2000

6. Affirmation of Rabbi Hershel Schachter, dated April 4, 2001

7. Affidavit of Jay Nelkin, dated April 30, 2001
   Exhibit A to Nelkin Affidavit – Photographs of Directional Signs to Churches
   Exhibit B to Nelkin Affidavit – Photographs of Christmas Decorations
   Exhibit C to Nelkin Affidavit – Photographs of Garage Sale Sign and Address Numbers
   Exhibit D to Nelkin Affidavit – Photographs of Excess Telephone Cable Wire

8. Supplemental Affirmation of Jay Nelkin, dated July 18, 2001
   Exhibit A To Supplement Nelkin Affirmation – Photograph of Greek Orthodox Church Directional Sign
   Exhibit B to Supplemental Affirmation of Jay Nelkin – Photograph of Presbyterian Church Directional Sign
   Exhibit C to Supplemental Nelkin Affirmation – Photograph of Catholic Church and Greek Orthodox Church Directional Signs

9. Answer, dated March 2, 2001

10. Affidavit of Mayor Ann Moscovitz, dated March 5, 2001

11. Affidavit of Charles Lipson, dated March 5, 2001

12. Affidavit of Martha Kerge, dated March 5, 2001

13. Affidavit of Richard D. Wilson, dated March 3, 2001

14. Affidavit of Arthur Peck, dated March 5, 2001

15. Affidavit of John Sullivan, dated March 6, 2001

16. Affidavit of Borough Administrator Joseph DiGiacomo, dated March 5, 2001

17. Affidavit of Borough Administrator Joseph DiGiacomo, dated April 23, 2001
    Exhibit A to DiGiacomo 4/23/01 Affidavit – Tenafly Ordinance 99-24

18. Affidavit of Borough Administrator Joseph DiGiacomo, dated May 3, 2001
    Exhibit A to DiGiacomo 5/3/01 Affidavit – Photographs of Directional and Church Signs
    Exhibit B to DiGiacomo 5/3/01 Affidavit – Photograph of Traffic Sign
    Exhibit C to DiGiacomo 5/3/01 Affidavit – Photograph of Church Sign
    Exhibit D to DiGiacomo 5/3/01 Affidavit – Photograph of Church Signs

19. Tenafly Ordinance 691

20. Tenafly Ordinance 1127

21. June 8, 1999, Borough Council Meeting Transcript

22. November 21, 2000, Borough of Tenafly Work Session Transcript

23. November 28, 2000 Borough of Tenafly Public Hearing re: In the Matter of the Application of the Tenafly Eruv Association for An Eruv Transcript

24. December 12, 2000 Borough of Tenafly Public Hearing re: In the Matter of the Application of the Tenafly Eruv Association for An Eruv Transcript

25. Transcript of Evidentiary Hearing, dated April 30, 2001

26. Transcript of Evidentiary Hearing, dated May 1, 2001

27. Transcript of Evidentiary Hearing, dated May 8, 2001

28. Transcript of Evidentiary Hearing, dated May 14, 2001

29. Joint Exhibit 2 – List of Poles To Which Lechis Are Attached

30. Plaintiffs' Exhibit 3 – 1197 Agreement Between Borough of Tenafly and Jonathan and Judith Furer

31. Plaintiffs' Exhibit 4 – Borough of Tenafly Resolution

32. Plaintiffs' Exhibit 5 – 1991 Agreement Between Borough of Tenafly and Donald and Sandra Wein

33. Plaintiffs' Exhibit 6 – Borough of Tenafly Resolution, dated April 24, 1990

34. Plaintiffs' Exhibit 7 – 1995 Agreement Between Borough of Tenafly and Villa Cortina

35. Plaintiffs' Exhibit 8 – Letter from Robert and Janet Rancan to Mayor and Council, dated July 18, 1996

36. Plaintiffs' Exhibit 9 - Letter from Borough of Tenafly to Robert Rancan, dated August 16, 1996

37. Plaintiffs' Exhibit 10 – Letter from Borough of Tenafly to George Katsiaunis, dated August 13, 1997

38. Plaintiffs' Exhibit 11 – 1990 Agreement Between Borough of Tenafly and Arnold and Myra Gans

39. Plaintiffs' Exhibit 12 – 1994 Agreement Between Borough of Tenafly and Gerhard Van Biema

40. Plaintiffs' Exhibit 13 – Letter from Walter Lesnevich to Jim Gaffney, dated December 12, 2000

41. Plaintiffs' Exhibit 14 – Letter from Richard Shapiro to Walter Lesnevich, dated November 2, 2000 with Fax Cover Sheet

42. Plaintiffs" Exhibit 19 – 1997 Agreement Between Borough of Tenafly and Jeff and Judy Fagan

43. Plaintiffs' Exhibit 20 – Letter from Borough of Tenafly to Simon Cheah, dated November 14, 1997 with Attachments

44. Plaintiffs' Exhibit 21 – Photograph of Found Bird Sign on Utility Pole, taken on April 30, 2001

45. Plaintiffs' Exhibit 22 – Photograph of Number 12 on Utility Pole, taken on April 30, 2001

46. Plaintiffs' Exhibit 23 – Photograph of Lost Dog Sign on Utility Pole, taken on April 30, 2001

47. Plaintiffs' Exhibit 24 – Photograph of Offices For Rent Sign on Utility Pole, taken on April 30, 2001

48. Plaintiffs' Exhibit 25 – Photograph of Offices For Rent Sign on Utility Pole, taken on April 30, 2001

49. Plaintiffs' Exhibit 26 – Photograph of House Number 200 on Utility Pole, taken on April 30, 2001

50. Plaintiffs' Exhibit 27 – Photograph of Found Bird Sign on Utility Pole, taken on May 13, 2001

51. Plaintiffs' Exhibit 28 – Photograph of House Number 13 on Utility Pole, taken on May 13, 2001

52. Plaintiffs' Exhibit 29 – Photograph of Lost Dog Sign on Utility Pole, taken on May 13, 2001

53. Plaintiffs' Exhibit 30 – Photograph of House Number 200 on Utility Pole, taken on May 13, 2001

54. Plaintiffs' Exhibit 31 – Photograph of trinity Lutheran Church Sign, taken on May 13, 2001

55. Plaintiffs Exhibit 35(a) – Photograph of Lechi on Utility Pole, taken on July 18, 2001

56. Plaintiffs Exhibit 35(b) – Photograph of Lechi on Utility Pole, taken on July 18, 2001

57. Plaintiffs Exhibit 36(a) – Photograph of Verizon Cable on Utility Pole, taken on July 18, 2001

58. Letter dated March 14, 1996 from Robert P. Miller to Mr. Michael Parlamis

59. Right of Way Use Agreement between the Borough of Tenafly and Metricom, Inc., dated January 31, 2001