HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center
Newark, New Jersey 07102
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
TENAFLY ERUV ASSOCIATION, INC., :
CHAIM BOOK, YOSIFA BOOK, STEFANIE
DARDIK GOTLIEB and STEPHEN       :    Case No.:
BRENNER,                              00-CIV-6051 (WGB)
                                 :
         Plaintiffs,
                                 :
         v.                           WARRANT TO SATISFY
                                 :         JUDGMENT
THE BOROUGH OF TENAFLY, ANN
MOSCOVITZ, individually and in   :
her official capacity as Mayor
of the Borough of Tenafly,       :
CHARLES LIPSON, MARTHA KERGE,
the Estate of RICHARD WILSON,    :
ARTHUR PECK, JOHN T. SULLIVAN,
each individually and in their   :
official capacities as Council
Members of the Borough of Tenafly,:

         Defendants.             :
---------------------------------x

TO THE CLERK OF THE ABOVE NAMED COURT:

**WHEREAS,** Judgment was entered in the above entitled action in favor of Tenafly Eruv Association, Inc., Chaim Book, Yosifa Book, Stefanie Dardik Gotlieb, and Stephen Brenner and against the Borough of Tenafly, Ann Moscovitz, individually and in her official capacity as Mayor of the Borough of Tenafly, Charles Lipson, Martha Kerge, the Estate of Richard Wilson, Arthur Peck, John T. Sullivan,

each individually and in their official capacities as Council Members of the Borough of Tenafly, by the record thereof in Judgment Book _____, on page _____ or Docket No. 00-CIV-6051 for $2,341.55.

**NOW, THEREFORE** this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment.

Dated:   August 30, 2006          _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated:   August 30, 2006          _____

2